IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ELIZABETH WILLIAMSON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv289-MHT |
| | ) | (WO) |
| **MICHAEL BENJAMIN** | ) | |
| **WIILLIAMSON,** | ) | |
| | ) | |
| Defendant. | ) | |

OPINION AND ORDER

Relying on diversity jurisdiction, 28 U.S.C. § 1332, plaintiff has brought this lawsuit against defendant claiming that he failed to distribute funds to her from the probate of their father's estate. Now before the court is the recommendation of the United States Magistrate Judge that plaintiff's motion to transfer this case to the United States District Court for the Northern District of Georgia should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 45) is adopted.

(2) Plaintiff's motion to transfer (doc. no. 44) is granted.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer of this case to the United States District Court for the Northern District of Georgia.

All other pending matters in this case are left for resolution by the Georgia court after transfer.

This case is closed in this court.

DONE, this the 24th day of September, 2019.

    /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**